**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS JAMES DORN, Petitioner, | ) | Civil Action No. 26-1577 |
| v. | ) | District Judge W. Scott Hardy<br>Magistrate Judge Maureen P. Kelly |
| BUTLER COUNTY PRISON, *et al.*, Respondents. | ) | |

**MEMORANDUM ORDER**

This matter comes before the Court on the Report and Recommendation ("R&R") entered by Magistrate Judge Maureen P. Kelly on July 28, 2026. (Docket No. 5). Petitioner Thomas James Dorn, a federal pretrial detainee housed at the Butler County Prison, initiated this action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, and a supporting brief, challenging his pretrial detention and attacking the validity of his pending federal charges alleged in the Indictment against him at Criminal No. 25-285, as well as asserting a violation of his rights under the Sixth and Eighth Amendments to the United States Constitution. (Docket Nos. 3 at 6-7; 4). As relief, Petitioner seeks release from detention and dismissal of the federal charges. (Docket No. 3 at 8).

The R&R explains that Petitioner's attack on his federal pretrial detention is not properly made via a habeas petition under § 2241, but rather must be made pursuant to the Bail Reform Act, 18 U.S.C. § 3141, *et seq.*, and that Petitioner's attack on the validity of the charges against him must be addressed in an appropriate pretrial motion in his criminal case. (Docket No. 5 at 2-3). Given that the instant Petition is not cognizable under § 2241, the R&R recommends that it be

dismissed, *sua sponte*, pursuant to Rule 4 of the Rules Governing Section 2254 Cases, which applies as explained in the R&R. (*Id.* at 2).

Service of the R&R was made on Petitioner by mail, and any objections were due by August 14, 2026, which was subsequently extended to August 24, 2026 because Defendant had been transferred from the Butler County Prison to a Federal Medical Center for a competency evaluation in connection with his criminal case at Criminal No. 25-285. Subsequently, between August 7 and August 12, 2026, Petitioner filed a series of documents on the docket which the Court construes as his objections to the R&R – that is, three Supplements, a document entitled "Notice of Appeal,"[1] and a document entitled "Letter to the Court."[2] (Docket Nos. 6, 7, 9, 10, 11). As the Court understands Petitioner's filings, he objects to Judge Kelly's recommendation that his Petition be dismissed, *sua sponte*.

In resolving a party's objections, the Court conducts a *de novo* review of any part of the R&R that has been properly objected to. Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1). The Court may accept, reject or modify the recommended disposition, as well as receive further evidence or return the matter to the magistrate judge with instructions. *Id.* Upon careful *de novo* review of the R&R, Petitioner's objections and the entire record, the Court concludes that the objections do not undermine the R&R's recommended disposition that the Petition be dismissed, *sua sponte*. In so ruling, the Court agrees with Judge Kelly's determination that the grounds for relief raised in the Petition are not cognizable in a federal habeas action pursuant to § 2241 for the

---

[1] To the extent Petitioner was attempting to appeal the R&R's recommended disposition to the United States Court of Appeals for the Third Circuit, any such appeal was premature, as this Court had not yet ruled on the R&R given that Petitioner was afforded time to file objections to the R&R as explained herein. The Court notes that Petitioner also mailed the "Notice of Appeal" to the Third Circuit Court of Appeals, which returned it to this Court, stating that it was filed with the Court of Appeals in error. (Docket No. 13-1 at 1).

[2] Petitioner also has filed a Motion to Amend the Petition for Writ of Habeas Corpus, (Docket No. 12), which will be denied as moot in light of the dismissal of the Petition as set forth herein.

reasons correctly explained in the R&R. As such, the Court will adopt the R&R as the Opinion of the Court as set forth below.

Accordingly, in view of the foregoing, the Court enters the following Order:

AND NOW, this 18th day of August, 2026, IT IS HEREBY ORDERED that the R&R, (Docket No. 5), is ADOPTED as the Opinion of the Court. For the reasons set forth in the R&R, IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Docket No. 3), is DISMISSED without prejudice to him bringing an appropriate motion or motions for relief in his criminal case if he wishes to do so.

Given that the Petition for Writ of Habeas Corpus is dismissed, IT IS FURTHER ORDERED that Petitioner's Motion to Amend the Petition for Writ of Habeas Corpus, (Docket No. 12), is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: Thomas James Dorn (via U.S. Mail)
Reg. No. 20704-512
FMC Forth Worth
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119